1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CYNTHIA BLANKENSHIP,

      Plaintiff,                          No. CIV S-08-2713 EFB

      vs.

MIDLAND CREDIT MANAGEMENT, et al.,           ORDER RE SETTLEMENT & DISPOSITION

      Defendants.
_____/

      On October 28, 2009, the court was notified that the above-captioned case had settled. In that October 28 filing, counsel represented that the settlement would be finalized within forty days. No dispositional documents have been filed.

      Accordingly, the court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

      All hearing dates set in this matter are **VACATED.**

////
////
////
////
////

1

1     <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3 CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4     IT IS SO ORDERED.

5     DATED: January 21, 2010.

6                               EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE